```
                                    ✓ FILED      ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         OCT  6 2022

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY _____ DEPUTY
```

GARY M. RESTAINO
United States Attorney
District of Arizona
SEAN K. LOKEY
Assistant U.S. Attorney
Arizona State Bar No. 033627
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: sean.lokey@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-1307-PHX-SRB |
|---|---|
| Plaintiff, | **INFORMATION** |
| vs. | VIO: 18 U.S.C. § 641 |
| Sean M. Nelson, | (Theft of Government Property) |
| Defendant. | Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

Between on or about November 2019 through and until October 2021, in the District of Arizona, defendant SEAN M. NELSON willfully and knowingly did embezzle, steal, purloin, and convert to his own use property valued at more than $1,000, to wit, wages and vehicle and other government benefits from his employer, the Department of Homeland

//

//

Security - Homeland Security Investigations, a department or agency of the United States. All in violation of Title 18, United States Code, Section 641.

Dated this 16th day of September, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

SEAN LOKEY  Digitally signed by SEAN LOKEY
Date: 2022.09.16 10:16:14 -07'00'

SEAN K. LOKEY
Assistant U.S. Attorney